It is so Ordered 11/2/18.
s/John R. Adams
U.S. District Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **HEIDI HOSTETTLER,** | ) | CASE NO. 5:15-CV-01601 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| vs. | ) | |
| | ) | **STIPULATED NOTICE OF** |
| **THE COLLEGE OF WOOSTER,** | ) | **DISMISSAL WITH PREJUDICE** |
| | ) | |
| Defendant. | ) | |

Now come the undersigned attorneys for the respective parties, pursuant to Federal Rule of Civil Procedure 41(a), and hereby stipulate that the above-captioned action has been settled and is dismissed in its entirety and with prejudice as to all claims and parties in Plaintiff's Complaint, with each party to bear its own attorney fees, costs and expenses.

Respectfully Submitted,

| | |
|---|---|
| */s/ Daniel P. Petrov* | /s/ *Steve Shrock (per email consent)* |
| DANIEL P. PETROV (0074151) | PEGGY J. SCHMITZ (00239320) |
| dpetrov@tpgfirm.com | schmitz@ccj.com |
| CHRISTOPHER P. THORMAN (0056013) | STEVE SHROCK (0060025) |
| cthorman@tpgfirm.com | shrock@ccj.com |
| | |
| THORMAN PETROV GROUP CO., LPA | CRITCHFIELD CRITCHFIELD & JOHNSTON, LTD |
| 50 E. Washington Street | 225 North Market Street |
| Cleveland, Ohio  44022 | P.O. Box 599 |
| P: 216-621-3500 | Wooster, Ohio  44691 |
| F: 216-621-3422 | P: 330-264-4444 |
| | F: 330-263-9278 |
| *Counsel for Plaintiff Heidi Hostettler* | |
| | *Counsel for Defendant The College of Wooster* |

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2018, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

>*/s/      Daniel P. Petrov*
>*Attorney for Plaintiff*